# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

ROBERT J MADDAUS,

        Petitioner,

v.

MARGARET GILBERT,

        Respondent.

CASE NO. 3:17-cv-06020-RBL-JRC

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

This is a federal habeas action filed under 28 U.S.C. § 2254. Petitioner has submitted an application seeking leave to proceed with this action *in forma pauperis*. Petitioner's application demonstrates that he is unable to afford the $5.00 filing fee. Petitioner's application to proceed *in forma pauperis* (Dkt. 1) is therefore GRANTED. The Clerk is directed to file petitioner's

ORDER GRANTING APPLICATION TO PROCEED IN
FORMA PAUPERIS - 1

1 | petition for writ of habeas corpus without the prepayment of fees. The Clerk is further directed
2 | to send a copy of this Order to petitioner.
3 | Dated this 22nd day of December, 2017.

J. Richard Creatura
United States Magistrate Judge