UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT J. MADDAUS,

    Petitioner,

v.

JERI BOE,

    Respondent.

CASE NO. 3:17-cv-06020-RBL-JRC

ORDER

This is a federal habeas action filed under 28 U.S.C. § 2254. Petitioner is currently incarcerated at the Clallam Bay Corrections Center. In the Court's previous order substituting respondent and for service (Dkt. 5), the Court instructed the Clerk to substitute respondent Jeri Boe with Ron Haynes. The Court was under the false impression that Ron Haynes was the superintendent of the Clallam Bay Corrections Center. The Court has since been informed that Jeri Boe is, in fact, the superintendent at the Clallam Bay Corrections Center and was therefore the appropriate respondent in this action.

1    Therefore, the Clerk is directed to re-substitute Ron Haynes with Jeri Boe as the
2 Respondent in this action.

4    Dated this 27th day of December, 2017.

*[signature]*

J. Richard Creatura
United States Magistrate Judge