UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ROBERT J. MADDAUS,<br><br>      Petitioner,<br> v.<br><br>JERI BOE,<br><br>      Respondent. | CASE NO. 3:17-cv-06020-TSZ-GJL<br><br>ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION |

Before the Court is Petitioner's Unopposed Motion for Extension of time to respond to the Answer. Dkt. 78. Given the complexity of the legal issues involved and upon agreement of the parties, the Motion is **GRANTED**. Petitioner may file a response to the Answer no later than **June 7, 2024**, and Respondent may file a reply no later than **June 14, 2024**. The Clerk of Court is **DIRECTED** to **RENOTE** the Answer (Dkt. 76) for consideration on **June 14, 2024**.

Dated this 21st day of May, 2024.

Grady J. Leupold
United States Magistrate Judge

ORDER GRANTING UNOPPOSED MOTION FOR
EXTENSION - 1