UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ROBERT J. MADDAUS,

                Petitioner,

   v.

JERI BOE,

                Respondent.

CASE NO. 3:17-cv-06020-TSZ-GJL

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge Grady J. Leupold (docket no. 81), Petitioner's objections to the Report and Recommendation (docket no. 82), the response to Petitioner's objections (docket no. 83), and the remaining record, does hereby find and ORDER:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    Petitioner's federal habeas Petition is denied, and no evidentiary hearing is required in this case.

(3)    A certificate of appealability is denied in this case.

(4)    The Clerk is directed to send copies of this Order to Petitioner, to counsel for both sides, and to the Hon. Grady J. Leupold.

**DATED** this 19th day of September, 2024.

*[signature]*

Thomas S. Zilly
United States District Judge